AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
• Imprisonment: 10 years (18 U.S.C. § 2252(b)(2))
• Fine: $250,000 (18 U.S.C. § 3571(b)(3))
• Supervised Release: Min. 3 years – Max. life (18 U.S.C. § 3583(k))
• Special Assessment: $ 5100 ($100 if indigent) (18 U.S.C. §§ 3013(a)(2)(A), 3014(a)(3)); additional special assessment up to $17,000 (18 U.S.C. § 2259A(a)(1))
• Restitution: 8 U.S.C. § 2259A
• Forfeiture: 18 U.S.C. § 2253(a)
• Deportation

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Martha E. Parker

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Craig H. Missakian

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Ivana Djak

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

► MICHAEL SIMON

DISTRICT COURT NUMBER

4:25-mj-71142-MAG

**FILED**

Sept 19, 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ► _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: $0

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| | | **FILED** |
| United States of America | ) | Sept 19, 2025 |
| v. | ) | Mark B. Busby |
| MICHAEL SIMON | ) | CLERK, U.S. DISTRICT COURT |
| | ) | NORTHERN DISTRICT OF CALIFORNIA |
| | ) | OAKLAND |

United States of America  )
v.  )
MICHAEL SIMON  )  Case No.   4:25-mj-71142-MAG
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of      July 16, 2024      in the county of      Alameda      in the
Northern   District of      California      , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Martha Parker

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Martha E. Parker, FBI Special Agent
*Printed name and title*

Approved as to form _____I.D._____
AUSA Ivana Djak

Sworn to before me by telephone.

Date:      09/19/2025

*Judge's signature*

City and state:      McKinleyville, CA            Hon. Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Martha E. Parker, Special Agent of the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby state as follows:

### INTRODUCTION

1.      I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for an arrest warrant and criminal complaint, charging MICHAEL SIMON with Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B), occurring on or about July 16, 2024, in the Northern District of California.

### SOURCES OF INFORMATION

2.      The facts stated in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses.  Where statements made by other individuals (including other law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part.  Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3.      Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included every fact known to me about this case.  Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant.  My understanding of the facts and circumstances of the case may evolve as the investigation continues.

### AFFIANT BACKGROUND

4.      I am a Special Agent of the FBI and have been so employed since January 1999. I received substantive training at the FBI Academy in Quantico, Virginia, on various areas including evidence collection, interviewing, legal procedure and process, substantive training on federal laws (including those that relate to sex trafficking and firearms cases), source management, investigative technology, firearms and tactical training, and defensive tactics.  I am

currently assigned to the San Francisco Division Crimes Against Children and Human Trafficking Squad and have specialized in crimes against children and human trafficking for nearly my entire career.

5.      I primarily investigate cases such as sex trafficking, production of child sexual abuse material ("CSAM"), and child abductions.  I have also investigated other violent crimes, including offenses involving the possession and use of firearms, such as bank robberies and homicides.  I have also received training and have gained experience in the field related to federal firearms offenses, including violations of Title 18, U.S.C. Section 922(g)(1).  As a federal agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

**APPLICABLE LAW**

6.      The elements of 18 U.S.C. § 2252(a)(4)(B) are as follows: (1) the defendant knowingly possessed matters that he knew contained visual depictions of minors engaged in sexually explicit conduct; (2) the defendant knew each visual depiction contained in the matters was of, or showed, a minor engaged in sexually explicit conduct; (3) the defendant knew that production of such visual depictions involved use of a minor in sexually explicit conduct; and (4) the visual depiction had been mailed, shipped, or transported using any means or facility of interstate commerce, or in or affecting interstate commerce, or produced using material that had been mailed, shipped, or transported, using any means or facility of interstate commerce, or in or affecting interstate commerce, by any means including by computer.

**STATEMENT OF PROBABLE CAUSESUMMARY**

7.      SIMON is a human trafficker operating on the Oakland blade, a high-crime commercial sex trafficking area on International Boulevard in Oakland, California.  The FBI and the Oakland Police Department ("OPD") have a longstanding human trafficking investigation into SIMON.  Agents have identified several of SIMON's human trafficking and minor victims.

2

8. In July 2023, an adult human trafficking victim contacted OPD asking for assistance to escape her violent pimp, later identified as SIMON. The victim's phone data corroborated a violent coercive relationship with SIMON.

9. OPD and the FBI subsequently obtained multiple search warrants for SIMON's social media and phone data, which further corroborated violent coercive pimping activity by SIMON related to multiple victims.

10. In December 2024, OPD and the government obtained search warrants for SIMON's person, devices, and vehicles. SIMON was arrested in Gardena, California, in December 2024. At the time, two further adult trafficking victims were located with SIMON. His devices were subsequently searched, corroborating a violent coercive relationship with the two women found with SIMON in Gardena. One of these victims was recently stabbed.

11. Law enforcement subsequently also identified a minor victim whom SIMON trafficked. One of SIMON's searched devices contained evidence of SIMON trafficking the minor victim, as well as a July 2024 video of that minor victim and SIMON engaging in oral sex.

12. During the FBI and OPD investigation, SIMON has engaged law enforcement in multiple high-speed chases and has been in and out of custody on multiple warrants. He is currently at large, and law enforcement believe he is a threat to the community, and especially to women and minors on the Oakland blade.

13. Based on the images found on SIMON's phone and the identification of him engaging in oral sex with a minor victim, we seek approval herein for a Complaint charging SIMON with Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B) on or about July 16, 2024, in the Northern District of California.

### *The Oakland Blade*

14. I know from my training and experience that a "blade" is an area in which commercial sex workers loiter to meet "johns," or "tricks," and then perform sex acts for money. I also know that the most active blade in Oakland, California is located in and around

3

International Boulevard, currently between approximately 5th Avenue and 23rd Avenue.  The exact streets change throughout the years based on traffic patterns, law enforcement activity, and other variables.  International Boulevard is known throughout the San Francisco Bay Area for prostitution activity, and it has seen an increase in other violent crimes in the past several years as well, much of it related to the prostitution activity.

15.    Conduct on the Oakland blade involves commercial sex workers walking up and down International Boulevard, standing at a corner, or even standing in the intersection in order to get the attention of potential customers.  The customers, or "johns," who are typically driving, pull up to them and the two them negotiate a transaction and engage in the sex activity.  The sex activity may occur in the vehicle on a side street near the blade, at a hotel, or another location such as the john's house.  These activities are typically referred to as "dates."

16.    Frequently, sex workers engaging in commercial sex acts or "dates" on the Oakland blade are doing so at the direction and under the control of other individuals commonly referred to as "pimps."  Pimps regularly circle the blade in their vehicles to monitor the sex workers, mostly females, who are "working" for them.  After completing dates, the females will often get into the vehicles of their trafficker to give them the money they made.  The pimps will also regularly attempt to recruit other females walking back and forth or standing on the blade to come work for them and will stop their vehicles next to them in order to speak to them or sometimes park their vehicle and walk up to them.  I have witnessed pimps attempting to recruit females in an aggressive manner, called "sweating," on many occasions while conducting surveillance operations on the Oakland blade.

17.    Based on my training and experience conducting law enforcement operations on the Oakland blade, I believe that a substantial portion of the prostitution that occurs on the Oakland blade is sex trafficking as defined in 18 U.S.C. § 1591(a), namely the non-consensual exploitation of people for profit by individuals who use force, fraud or coercion to cause their victims to perform commercial sex acts.  Put in other terms, a large portion of the commercial

sex workers on the Oakland blade are sex trafficking victims.  It is not uncommon for these victims of sex trafficking to be minors.

18.    Based on my training and experience, I know sex trafficking victims are often afraid of their pimps and fear reprisal if they make a report to law enforcement.  Additionally, many of these victims have been manipulated by their traffickers and don't understand that they are victims, or they are not aware of their rights or the help available to them.  Accordingly, sex trafficking victims are often reluctant to speak to law enforcement.

19.    Over the past few years, the Oakland blade has seen an increase in violent crimes such as sex trafficking and gun violence related to the sex trafficking.  Beginning in 2024, in response to the increase in reports of sex trafficking and related gun violence, the Oakland Police Department ("OPD") and the FBI began a new joint initiative to identify the most prolific and violent pimps in order to curb violence on the Oakland blade.

### Initial Sex Trafficking Investigation - June 17, 2023, Report

20.    On June 17, 2023, an adult female, hereinafter referred to as "TL," called OPD in Oakland, California and requested assistance in leaving her pimp.  OPD officers met TL at approximately 10th Street and 10th Avenue, in Oakland, where she appeared to be hiding from her pimp.  This intersection is adjacent to the Oakland blade.  The officers took TL to the OPD station where they interviewed her and then provided her with safe housing for the night.

21.    In the interview with officers, TL stated she had been living with an individual later identified as Michael SIMON at the Value Inn in Oakland, California for about one month, and had been prostituting for him during that time.  TL was directed by SIMON to make at least $500 a night by performing sex acts with clients of prostitution.  TL typically worked from about 8:00pm until 4:30 a.m. or 5:00am the next morning.  SIMON tracked TL's movements through an application on her cell phone, and he carried a black handgun with a 50-round drum magazine on him.  He usually had the weapon on his lap while driving and slept with it in the hotel room. TL was afraid to leave SIMON because she thought he would physically harm her if she tried.

22.     On November 15, 2024, I reviewed a recording of the 911 call made by TL on June 17, 2023.  In the call, TL told the dispatcher that she is a prostitute and wants to go home.  TL, who sounded like she was crying, told the dispatcher she was on International and that her pimp was "in the room," presumably a hotel room, but that he would probably be coming out soon.  When the dispatcher asked TL if she was able to leave on her own, TL stated, "He's not going to let me.  Not without beating me up."  TL told the dispatcher that her pimp has a gun, and has multiple vehicles, but is currently driving an Infiniti that used to be red, but he spray-painted it black after getting involved in a shooting.  TL's pimp told her that he shot someone in the back of the head and painted the car afterwards to avoid detection.

23.     During the interview with OPD officers on June 17, 2023, TL said she believed her pimp's name was "Michael Simms."  Based on the phone number and photos TL had of her pimp in her phone, OPD officers utilized law enforcement databases to determine her pimp's real name was Michael SIMON.  Officers showed a California Driver License photo of SIMON to TL, who confirmed that was the individual who had trafficked her.

24.     On November 18, 2024, I reviewed excerpts from the forensic extraction of TL's phone created by Oakland Police, pursuant to her consenting to a search of the phone.  On TL's phone there was a June 2023 text conversations between TL and a telephone number she had saved under "Daddy," a number later determined to belong to SIMON through law enforcement databases, in which they discussed TL making money for "Daddy" and expressly discussed "pimping" and "hoen."

### SIMON's Activity on the Blade and Previous Stop Attempts

25.     On numerous occasions in 2024, OPD officers observed a silver BMW sedan with no front license plate, a rear black paper plate labeled "Diamond Auto Sales," dark tinted windows and a sunroof, circling the Oakland blade.

26.     On August 6, 2024, and August 8, 2024, the same silver BMW sedan was again observed driving around the Oakland blade.  OPD Officers observed the driver, who appeared to

6

be SIMON (as some of the Officers had encountered SIMON before),[1] was seen communicating with women who appeared to be commercial sex workers.  In both instances, marked OPD vehicles attempted to pull over the BMW, but it drove away at high rates of speed.

27.    On August 10, 2024, an Officer involved in a previous attempted stop of the BMW was tasked with reviewing video surveillance footage from the Kwik Serv gas station, at 2200 East 12th Street, Oakland, California, for evidence related to a kidnapping incident that occurred in the area earlier that day.  While looking for footage related to the kidnapping incident, the Officer noticed that the video depicted a silver BMW sedan with a black paper dealer plate enter the gas station parking lot and park on the west side of the building.  The Officer recognized the vehicle as the one that had fled from him when he attempted to pull it over on August 3, 2024.  The video then depicted a black male, whom the Officer recognized as the same individual driving the BMW in the prior incident, *i.e.* SIMON, enter the Kwik Serv store, purchase a beverage, and then return to the vehicle.  While standing by the open driver side door, the individual used his left hand to retrieve a black pistol with a brown extended magazine from his waistband and then placed the pistol on his lap as he sat in the driver seat, closed the door, and drove away.  That portion of the video began at 4:50am on August 10, 2024, according to the timestamp on the surveillance footage.

28.    On August 14, 2024, Alameda County Superior Court issued a Ramey warrant for SIMON for violations of California Penal Code ("PC") 29800(a)(1), Felon in possession of a firearm; PC 25400 (1) and (2), Carrying a concealed weapon in a vehicle and on a person; PC 32310(a), Manufacture, import, receives, etc. a large-capacity magazine; and VC 2800.2(a), Fleeing a police officer with willful disregard for safety of persons or property.

---

[1] SIMON has an extensive criminal record with convictions for possession of cocaine base for sales, possession of a controlled substance, obstructing / resisting a peace officer in the performance of their duties, narcotic sales, burglary, and felony reckless evasion from a peace officer. SIMON also has previous arrests for firearms possession, among other offenses.  Several OPD Officers involved in recent law enforcement encounters with SIMON are familiar with him from previous arrests and convictions.

29.     On August 22, 2024, Oakland officers observed SIMON's vehicle on the Oakland blade again and attempted to stop it.  The BMW fled from the marked patrol vehicles, who then began to pursue.  The pursuit was discontinued after the vehicle drove the wrong direction on the freeway.  Shortly after, the vehicle was located abandoned near the 1000 block of Magnolia Street in Oakland.  Officers conducted a file check on the Vehicle Identification Number of the BMW and determined it to be registered to Michael SIMON at 1081 Le Conte Avenue, San Francisco, CA.

30.     On October 17, 2024, while conducting surveillance on the Oakland blade, OPD Officers and I observed a silver Infiniti SUV, California license plate 8UIK507, which SIMON was previously associated with, circling the area.  OPD Officers familiar with SIMON confirmed he was the driver of the vehicle.  OPD Officers and I then relocated to the area around Garden Inn and Suites, 10 Hegenberger Road, Oakland, CA, where SIMON was thought to be staying, in order to effect an arrest.  However, SIMON was not observed entering the hotel and the surveillance was called off.

### *SIMON's Social Media Activity*

31.     On August 24, 2024, the Alameda County Superior Court issued a search warrant for Instagram account "sharkmoneymode," known to belong to Michael SIMON, as his image is publicly associated with it.  Another Instagram account, "pay_sharkmoney," was searched pursuant to an Alameda County Superior Court search warrant in 2023 after SIMON was discovered to be the owner of that account.  The account contained evidence of his pimping and sex trafficking activity.  OPD Officers investigating SIMON have conveyed to me that he is known as "Shark" or "Shark Money" and he has had multiple Instagram accounts with similar handles such as "sharkmoneymode," "sharkmoneymode_" and "sharkdamoney."  OPD Officers specifically sought a search warrant for the "sharkmoneymode_" account because it appeared to be the one that was active most recently before the failed August 22, 2024, arrest attempt, as they continued to investigate firearms and other offenses believed to involve SIMON.

32.     I reviewed returns from the Instagram account name "sharkmoneymode_." I located text threads between SIMON and others from July and August 2024 discussing pimping, specifically conversations with females who appeared to be working as prostitutes discussing SIMON beating them and demanding money from them. I reviewed several text conversations between SIMON and these females discussing walking around the blade and owing SIMON money. Additionally, while reviewing the communications on SIMON's "sharkmoneymode_" Instagram account, I located several comments made by him related to his using his vehicle to engage in trafficking. The comments include, on May 31, 2024, "I'm pulling up breaking on my Bitch and giving her some good directions;" on June 6, 2024, "Real life, I hopped on the freeway came towards the lowers, not a cop in sight and it shit down;" and on August 17, 2024, "I don't mind, but I'm not out there and I don't have my car. The bitch have I that's on the out call."

33.     Based on my training and experience, I know that "the lowers" refers to the area of International Boulevard with lower-numbered cross streets, approximately from between 5th Avenue and 14th Avenue. I also know that an "outcall" refers to a prostitution date in which the commercial sex worker goes to the client's location, often his house or hotel room. An "incall" occurs when a trick goes to the commercial sex worker's location, typically a hotel room.

34.     On November 1, 2024, an FBI Intelligence Analyst told me during her review of SIMON Instagram account, she located two phone numbers which Simon provided to others in order for them to call him. From June 1, 2024, through August 18, 2024, Simon provided the phone number (415) 909-9561 on 38 occasions to various individuals he was messaging on Instagram. On August 13, 2024, and August 15, 2024, Simon provided the phone number (510) 816-5027 to two different individuals. Further, based on the investigation related to TL's victimization in June of 2023, Simon appeared to be using the phone number (341) 777-3730.

9

### State and Federal Search Warrants for SIMON

35.    On November 1, 2024, an OPD Vice officer applied for and was authorized a warrant by Alameda County Superior Court to receive "pings" from cell phone number 510-816-5027, which SIMON had provided to individuals via social media to contact him on.  OPD began receiving data from the cell service provider indicating the general location of the cell phone.

36.    On December 11, 2024, a search warrant, signed by US Magistrate Judge Kandis A. Westmore, in the Northern District of California, was issued, authorizing a search of Michael SIMON's person, devices, and vehicle, upon his arrest.  *See* Case No. 4:24-mj-71749 KAW.

37.    On December 11, 2024, after reviewing pings from SIMON's cell phone, I narrowed down the area in which SIMON may be staying in Gardena, California.  I then called the Watch Commander of Gardena Police and requested a patrol officer try to locate SIMON's vehicle, a silver Infiniti SUV, California plate 8UIK507, at one of the motels in the area I had narrowed down.  The Watch Commander called me back shortly thereafter to advise an officer located the vehicle at the Gardena Motel, 14528 Western Avenue, Gardena, California.

38.    I know from my training and experience that individuals involved in prostitution and/or sex trafficking often travel to other areas in order to maximize their prostitution earnings. Pimps often take the females working for them from Oakland to other blades in the Bay Area of San Francisco, including San Francisco, Richmond, and San Jose on a regular basis, sometimes even to several blades in one night.  Pimps also regularly take the females working for them to blades in other cities or even other states.  It is common for pimps from the Bay Area to travel with the females working with them to other prostitution hotspots such as Los Angeles, California; Phoenix, Arizona; Las Vegas, Nevada; and other areas.  SIMON also has multiple law enforcement encounters in Los Angeles and is known to have traveled there often.

39.    On December 16, 2024, an FBI agent in the Los Angeles Field Office spoke an employee of the Gardena Motel in Gardena, California, and confirmed SIMON was staying at the motel with two adult females in Room 3.  The same day, an OPD Vice investigator applied

10

for and was granted a search warrant by an Alameda County Superior Court Judge for Room 3 of the Gardena Motel.

### Further Search Warrants for SIMON's Devices and Social Media

40. On December 17, 2024, pursuant to the subsequently obtained state search warrant and arrest warrant, Michael SIMON was arrested at the Gardena Motel, Room 3, in Gardena, California by Los Angeles Division FBI agents and local police. Gardena Police took custody of SIMON until officers from OPD could take custody and transport SIMON to Oakland. During the search of SIMON's person pursuant to the arrest, investigators located an Apple iPhone SE on SIMON's person and provided it to Gardena Police for safekeeping.

41. Just prior to the arrest, agents observed two adult females exit Room 3 of the Gardena Motel. The individuals, hereinafter referred to as AV1 (Adult Victim 1) and AV2 (Adult Victim 2), were interviewed by FBI agents. Both women confirmed they knew SIMON, but did not provide any information about prostitution activity. Both women had previously been arrested for prostitution activity.

42. During the subsequent search of the hotel room, investigators recovered a loaded Glock handgun with a magazine containing 9mm ammunition under the bed. The investigators also located four cell phones in the hotel room. Los Angeles FBI personnel booked the weapon and four cell phones into their Evidence Control Unit and requested the evidence custodian ship the items to the San Francisco FBI, Oakland Resident Agency Evidence Control Unit pending a search warrant.

43. On December 28, 2024, a search warrant for the four cell phones was authorized by US Magistrate Judge Lisa J. Cisneros in the Northern District of California. Case No. 4:24-mj-71833 KAW.

44. On January 8, 2025, I examined the four cell phones collected by Los Angeles FBI agents. Two of the phones were determined to be inoperable and placed back into evidence. An Apple iPhone ("SIMON iPhone") that was locked with a six-digit passcode was given to an

11

Oakland Police Task Force Officer ("TFO") to utilize forensic software in an attempt to bypass the passcode. A silver Apple iPhone with a damaged screen was provided to a specially trained FBI agent to attempt extracting data from it.

45. On January 14, 2025, the Oakland TFO advised me he was able to unlock the SIMON iPhone and extract the data using forensic software. To date, of the collected phones, the SIMON iPhone is the only phone that can be attributed to SIMON that law enforcement have been able to unlock and extract. The next day, I began reviewing the data provided to me by the TFO. According to the forensic report, the phone number associated with the phone was 415-909-9561. I know from my investigation and from speaking to other investigators that 415-909-9561 is a phone number used by SIMON and a number provided by him via Instagram in 2024 to 38 others to contact him on.

46. During my review of the cell phone data, I located several social media and communications accounts associated with and access by the user of the iPhone. In addition to the Instagram ("IG") account of "sharkmoneymode_" I located IG account "sharkmoney_lives" linked to this cell phone. I also learned the Facebook account "mikejones" was associated with this cell phone number and cell phone.

47. On March 31, 2025, I accessed the website Instagram.com and searched for the username "sharkmoneymode_". Although the account was set to private, the profile photo depicted an individual whom I know to be Michael SIMON based on personally seeing SIMON and also viewing many videos and photographs of him. The IG account for "sharkmoney_lives," which was also set to private, contained a different profile photo of Michael SIMON.

48. According to the phone data, the email address moneygo437@gmail.com, which was logged into from SIMON's phone, was also associated with a SnapChat account in the name of Shark Money. The phone number on the SnapChat account was 415-909-9561, the number associated with SIMON. I know from my training and experience those individuals involved in criminal activity, including prostitution and trafficking, often use messaging services such as

12

SnapChat as a means to communicate discreetly.  By default, messages sent or received on the app are deleted within 24 hours, although the setting can be adjusted so that they are deleted immediately upon being read.

49.     On January 23, 2025, I received information from an attorney for Megapersonals.eu, which is a website in which individuals can create an account and thereafter post escort advertisements.  According to the information received, on September 8, 2024, a user with the email address sharkmoneygia@gmail.com created a post listing her city as Oakland, California and her contact phone number as 415-909-9561, the number associated with SIMON. However, the user did not successfully complete the required age verification check, and therefore the ad was not posted on the website.

50.     On April 8, 2025, Your Affiant served a search warrant, signed by US Magistrate Judge Donna M. Ryu in the Northern District of California, on Meta Platforms, Inc. for subscriber information and content related to the Instagram accounts sharkmoneymode_; sharkmoney_lives; and mikejones.  Case No. 4:25-mj-70413 DMR.  On May 13, 2025, I accessed the law enforcement portal for Meta Platforms and downloaded the available records.

51.     On May 27, 2025, US Magistrate Judge Kandis Westmore, Northern District of California, authorized a search warrant for five Google accounts thought to belong to Michael SIMON.  Case No. 4:25-mj-70620 KAW.  Your Affiant served the warrant to Google via their online portal on June 3, 2025, and received the requested data on June 12, 2025.

52.     Beginning in May 2025, I reviewed the data provided by Meta for Instagram account sharkmoneymode_ and sharkmoney_lives.  I also requested an FBI analyst review the Instagram account data and the phone data in order to identify individuals who may be victims of human trafficking by SIMON.

53.     On June 26, 2025, the analyst provided me with a list of 15 unique individuals who have communicated with SIMON via his phone number or his Instagram accounts who may have been victims of human trafficking, including AV1 and AV2.  AV1 and AV2 were identified

by name and image at the arrest of SIMON in December 2024, and their telephone numbers were later linked to them specifically through law enforcement databases.

54.     On September 8, 2025, I reviewed text conversations from SIMON's cell phone between his number and the phone number for AV1. The text conversations started from AV1's cell phone number, 415-684-5127, on August 4, 2024, and went until November 21, 2024. The vast majority of their discussions involved AV1 working as a prostitute and being directed by SIMON. For instance, on August 9, 2024, AV1 texted to SIMON, "I have another date for 300. He said he ready at 1130. Maybe Lela could take it. Because he just got paid I want all I can get it. Or I'm a catch the other date ima just tell him I have to get condoms and send him to the other room…But lmk (let me know) how you wanna do it." SIMON responded, "Finesse speed time." Based on my training and experience, I believe AV1 was telling SIMON that after making a date with a prostitution client, another one approached her and offered to pay $300 in exchange for sex. AV1 then suggested that either one of SIMON's other females take that date, or AV1 stalls one of them by saying she needs to get condoms. When AV1 asked SIMON for further instructions, he replied she should use finesse but do the dates quickly.

55.     Many of the texts indicate SIMON has used force, fraud or coercion to induce AV1 to work as a prostitute for him. On November 19, 2024, AV1 texted SIMON, "All you do is make fun of me ignore me and beat me I go outside and make money you ignore me still I make money come inside after everyone ignores me you come inside and scream in my ear all you think is I don't wanna go outside I don't have years to figure out that you don't like me and I'm just gonna get treated bad no matter what …"

56.     Also on September 8, 2025, I reviewed text conversations between SIMON and AV2, who used phone number 510-306-8925. The first message located on SIMON's phone between the two numbers was on September 2, 2024, and the last was on October 31, 2024. The vast majority of the messages relate to AV2 prostituting under SIMON's direction. On September 2, 2024, AV2 wrote, "Daddy … Should I post," and SIMON answered "yes." Based

14

on my training and experience I know that AV2 was asking SIMON whether she should post a prostitution ad on the internet. The next day, AV2 asked SIMON, "What's the room called again," and SIMON replied, Garden Inn . . . 10 Hegenberger." AV2 then told SIMON, "He brought me all the way to the room to ask me for head for 60 when we agreed on 140 at the room … So now he bringing me back to the blade."

57. On September 7, 2024, SIMON texted AV2, "You both y'all will not be coming in until I get $650 a piece. Let her know that." Later the same day, AV2 texted SIMON, "…you hit me in my face in my head and my head hurts I told you about my concussion now I'm feeling dizzy …"

### *Identification of Juvenile Sex Trafficking Victim*

58. While reviewing the extracted records from the SIMON iPhone, an FBI analyst located text conversations between phone number 415-909-9561, known to belong to SIMON, and phone number 925-206-5171, listed in SIMON's phone as "Blueberry," that occurred between approximately July 2024 and November 2024.

59. The analyst located a screenshot sent on July 16, 2024, from Blueberry to SIMON. The screenshot contained the title "TOP Sites to Provide FAKE Identity," and underneath was a list of nine websites such as https://fauxid.com and http://namegenerators.org.

60. The following day, "Blueberry" sent what appears to be a link to the website https://www.businer.com/usssndriverlicenseidgen. Data that was entered into a form on the site was included in the URL parameters and appeared as a long line of text in the message sent by "Blueberry." The data contained a first, middle, and last name of a female and a birthdate in January 2006. The link, with "Blueberry's" name and birthday redacted, appeared as follows: "https://businer.com/usssndriverlicenseidgen.php?usstt=CA&ckpassport+1&fname=XXX&mname=XXX&lname=XXX&gender=f&bday=2006&bdmm=1&bddd=XXX&submite=Generate+ID."

15

61.     Your Affiant then utilized law enforcement databases and determined the name listed in the form data is identical to that of a known victim of sex trafficking in a previous investigation in Contra Costa County, hereinafter referred to as "MV1." According to law enforcement databases, MV1's date of birth is the same month and day as what was in the form data, but with a birth year of 2007, and she was therefore 17 years old at the time of the text messages.

62.     The earliest communication with phone number 925-206-5171, thought to belong to MV1, that was located in SIMON's phone data was on July 13, 2024. MV1 began sharing her location with SIMON, and then shortly after midnight, began texting SIMON a series of symbols; first, a checkmark, and then shortly thereafter, an "X." The series continued five times, beginning at 12:15am on July 14, 2024, and ending at 5:44am. I know from my training and experience that human trafficking victims are often required to notify their pimps, oftentimes using symbols or code words, when they have picked up a "date," and then again once they have completed the date. It appears the texts sent by MV1 to SIMON represent five different "dates" that occurred within a five-hour time period. After the initial checkmark and "x" symbols, I counted approximately 97 additional checkmark symbols that were texted to SIMON between July 14, 2024, and November 21, 2024. Often, SIMON responded to one of the symbols sent to him with a "love" symbol, acknowledging receipt. Many other text messages from MV1 indicate she picked up a "date" but did not text a checkmark symbol.

63.     For the duration of the period for which their communications were captured on SIMON's phone, the overwhelming majority of text conversations between MV1 and SIMON were related to prostitution. In the text messages, MV1 notified SIMON of the amount of money she was making from dates, asked for his permission to change out of high heels into sandals, asked him for permission to use some of the money she earned to pay for food, and complained about the other females who were also working as prostitutes for SIMON. The messages also indicate SIMON used force, fraud or coercion to induce MV1 to work as a prostitute for him.

16

64.    On August 12, 2024, MV1 wrote, in part, "That's been my issue since forever even in school idk (I don't know) who to trust…like I don't need you to beat me up bcs (because) I'm alrdy beating myself up for my own mistakes believe me I'm more mad at myself than you are at me."  SIMON responded, "So what you do is do your job for two weeks straight no bullshit no arguing good vibes only and get daddy some money that's how you straighten your face."

65.    On August 18, 2024, MV1 texted to SIMON, "Double date . . . Starting at 200 each."  The next morning, she texted, "Like this bitch said she had a cashapp last night . . . why is she saying she has only her cash from the date.  Like I alrdy know your finna [going to] beat my ass."

66.    On August 20, 2024, MV1 texted SIMON, "She caught 2 not 1 n that 100 on cashapp."  SIMON texted back, "Two bitches I need 1000."  MV1 then responded, "Lord….So what are you saying?...I'm going to make my 500 before 2….Nd ik (I know) am but if honey doesn't then what?...Stay down until that's made?"  SIMON replied, "Go ahead and take your break then after that, get to it."

67.    On October 23, 2024, SIMON texted MV1, "I got too much going on I might have to send both of you guys home . . . Police looking for me."  At the time, there was an active Ramey warrant for SIMON's arrest out of Alameda County, California.

68.    On November 8, 2024, MV1 texted SIMON, "I'm sorry daddy."  SIMON replied, "Just be good."  MV1 then wrote, "Just stop putting your hands on me."

### SIMON's Knowledge of MV1's Age

69.    Throughout the text conversations, there are several references to MV1 being young.  For instance, on August 9, 2024, MV1 was complaining to SIMON in a text conversation about other females who were working as prostitutes for SIMON.  MV1 wrote, in part, ". . . like she starting to talk about my age too much . . . then today she been on my id like

asking where it is n saying that's the only thing that makes me think you're a kid bcs [because] you don't have it."

70. On August 19, 2024, possibly in response to a previous communication with SIMON, MV1 texted him her first and last name, and then the month and date of her birthday. She then texted, "Yk (You know) the year." In subsequent texts, SIMON directed MV1 to pose for a photo in a tee shirt or tank top, stating "It gotta look like you were at the DMV bitch." Based on their conversations, it appears MV1 was working with SIMON to create a false identification using her real name and a birthdate one year earlier, indicating that she was 18 years old.

### *Sexual Activity and Child Sexual Abuse Material*

71. On July 1, 2025, an FBI analyst advised me she located a video from the SIMON's iPhone data, dated July 16, 2024, which depicts a female who is visually identical to MV1 orally copulating an adult male. Although the male's face is not in the video, his voice is familiar to me as the voice of Michael SIMON. As this video depicts an individual under the age of 18 engaged in sexual activity, it is considered CSAM.

72. I am familiar with SIMON's voice due to my review of several hours of recorded telephone calls made by him while in custody at Santa Rita Jail in Dublin, California. Additionally, I have reviewed many videos from SIMON's cell phone data in which he is speaking.

73. According to the embedded metadata for the CSAM video, it was produced using an Apple iPhone SE on July 16, 2024. SIMON's phone was an Apple iPhone SE.

74. Additionally, I located text messages in SIMON's cell phone data from someone listed as "H." Based on other text messages between SIMON and "H," it appears "H" is a female working as a prostitute for SIMON. One text message, dated July 7, 2024 from "H" to SIMON read, "She told heaven she a minor Dan told me just now she really infant shark then was bragging abt yall fucking and showing us the video together now I already knew abt the

18

video when she said some on 4th of July n it's not my place to say nun but now she saying how she a minor and how she lied about her age and how she going around showing a video of you fucking on her that's where I draw the line and I'm going to say something." Based on this text message, I believe MV1 showed a video in which she was engaged in sex with SIMON to other females working as prostitutes for SIMON and told the other females that she was under the age of 18. I also believe, based on this text message occurring prior to the production of the CSAM video at issue here, that SIMON engaged in sexual activity and recorded that sexual activity with MV1 on more than one occasion.

75. On July 17, 2025, I interviewed the grandmother of MV1, hereafter referred to by her initials, JD. JD told me MV1 has been a victim of human trafficking since she was 16 years old. Your Affiant showed JD two screenshots of the CSAM video which were cropped so that only the female's head and hand were visible. Upon reviewing the images, JD immediately identified the depicted female as MV1.

76. The same day, JD provided me a copy of MV1's birth certificate, which indicates she was born in January 2007. Therefore, MV1 was 17 years old at the time the video was created.

### SIMON's Ongoing Suspected Criminal Activity

77. On August 11, 2025, an OPD TFO advised me the adult female previously identified as AVI had been stabbed while in a motel room at Knight's Inn, 874 W. MacArthur Boulevard in Oakland, California, the night of August 7 or early morning of August 8, 2025. AV1 took a rideshare vehicle to the hospital on August 8 to get treatment for her wounds, four ½ inch puncture wounds to her abdomen, left arm and back. AV1 stated she woke up in a bloody bed and did not know what happened.

78. OPD officers investigating the incident responded to Knight's Inn and located the crime scene in Room 202. There were dried blood stains on the bed and vomit next to the bed.

The manager of the motel advised the room was rented by AV1 on August 7, 2025, at approximately 10:24pm.

79.    Surveillance footage from Knight's Inn obtained by OPD shows AV1 arriving at the motel on August 7, 2025, at approximately 10:20pm in a black Mercedes Benz sedan, walking to the motel office, returning to the vehicle to retrieve some items, and then walking to and entering Room 202.  The surveillance footage then shows a black male with a heavy build and long dreadlocks exit the driver side of the vehicle and walk into Room 202, where he stayed a few minutes before walking back to the vehicle.  Screenshots from the surveillance footage between 10:20pm and 10:40pm provided to me by the OPD TFO depict the black male standing in the motel parking lot and the black Mercedes sedan.  Although the image is blurry, the black male appears similar in build and hair to SIMON.

80.    At approximately 10:48pm, AV1 can be seen on the surveillance footage walking to the passenger side of the vehicle and then the vehicle driving out of the parking lot.

81.    According to the surveillance footage, AV1 arrived back at the motel on foot at about 2:22am on August 8, 2025, and did not appear to be injured.  At approximately 8:23am on August 8, 2025, AV1 is seen in the footage leaving Room 202 and walking very slowly as though she is injured or in pain.  AV1 entered a Toyota Prius which then drove away.

82.    On August 21, 2025, a probation officer for Alameda County Probation advised me that SIMON is currently driving a black Mercedes Benz sedan, with California license plate number 9SBH096.

83.    On September 5, 2025, I was notified that San Francisco Police Department had recently arrested SIMON for failure to appear for a scheduled court hearing and he was currently in custody in San Francisco County Jail.

84.    SIMON is currently out of custody and has been seen back on the Oakland blade.

## CONCLUSION

85.     Based on my training and experience, and the facts and circumstances set forth above, I believe probable cause exists that on or about July 16, 2024, in the Northern District of California, Michael SIMON Possessed Child Pornography in violation of 18 U.S.C. 2252(a)(4)(B).  Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for his arrest.

## REQUEST FOR SEALING

86.     I further request that the Court order that all papers in support of this application, including the affidavit and arrest warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

Respectfully submitted,

_____/s/_____
MARTHA E. PARKER
Special Agent, Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 19th day of September 2025.

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge

21