**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**JODI LINKER**
*Federal Public Defender*
**ANGELA M. HANSEN**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Fax:  (510) 637-3507

October 21, 2025

*By ECF*

The Honorable Kandis A. Westmore
United States Magistrate Judge
Northern District of California
1301 Clay Street, 2nd Floor
Oakland, CA 94612

> **RE:**  *United States v. Michael Simon*, **4:25-MJ-71142-MAG**

Your Honor:

Michael Simon is scheduled to appear before the Court for a status conference regarding arraignment or preliminary hearing on November 4, 2025. I write to request that the Court add this matter to the calendar for an identification of counsel hearing. The Federal Public Defender's office has discovered a conflict with another client of the office, and new counsel will need to be appointed to represent Mr. Simon. My office is currently arranging to have a CJA panel attorney available on that date to seek appointment.

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

 /S/ Angela M. Hansen

ANGELA M. HANSEN
Assistant Federal Public Defender

cc: Michael Simon