JOANNA SHERIDAN (CABN 260090)
J.P. Sheridan Law
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 347-2700
Email: joanna@jpsheridanlaw.com

Attorney for Defendant
MICHAEL SIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 25-mj-71142 [KAW] |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) ARRAIGNMENT AND STATUS APPEARNCE |
| v. | ) |
| MICHAEL SIMON | ) Current date/time: February 24, 2026, at 10:30 am<br>) Requested date/time: March 27, 2026, at 10:30 am |
| Defendant. | ) |

The above captioned case is currently scheduled for a continued arraignment and status re: preliminary hearing on February 24, 2026. The parties jointly request a continuance of the arraignment and status hearing to March 27, 2026 on the following grounds: At the last calling of the case on February 10, 2026, Mr. Simon was detained at FCI Mendota. He was unable to receive a discovery tablet due to his placement at a BOP facility. The Court granted Simon's request for a court order permitting him to receive a thumb drive with discovery via legal mail, but set a further status hearing on February 24, 2026, to determine whether the method proposed by Simon would actually work.

Subsequently, on or about February 20, 2026, Mr. Simon was transferred from FCI Mendota to the Contra Costa County Jail in Martinez, California. Discovery tablets are expected to be available for use by federal detainees in the Martinez jail this week. Therefore, the parties anticipate that Mr. Simon will soon have access to his discovery tablet and the ability to confer with counsel regarding the offer

STIPULATION AND ORDER TO CONTINUE STATUS HEARING
UNITED STATES v. SIMON, 25-MJ-71142 [KAW]

1

that has been extended by the government. A continuance of the proceedings will allow Simon the time necessary to review discovery and to receive advice and counsel from his attorney.

The government and defense counsel agree that time be excluded under the Speedy Trial Act and under Federal Rule of Criminal Procedure 5.1, so that defense counsel can continue to effectively represent her client by reviewing the discovery with him. The parties further agree that good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time-period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

For these reasons, the parties jointly agree and stipulate that the arraignment and status appearance currently set for February 24, 2026, should be continued to March 27, 2026, or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

DATED: February 23, 2026

_____/s/_____
JOANNA SHERIDAN
Attorney for Defendant
MICHAEL SIMON

DATED: February 23, 2026

_____/s/_____
IVANA DJAK
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE STATUS HEARING
UNITED STATES v. SIMON, 25-MJ-71142 [KAW]

2

**<u>ORDER</u>**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS good cause to continue the Arraignment and Status Hearing currently set on February 24, 2026.

It is hereby ORDERED that the Arraignment and Status Hearing currently set on February 24, 2026 at 10:30 am be continued to March 27, 2026 at 10:30 am.

Based on the stipulation of the parties and the exclusions set forth above, it is hereby ORDERED that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: February 23, 2026

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE STATUS HEARING
UNITED STATES v. SIMON, 25-MJ-71142 [KAW]

3