JOANNA SHERIDAN (CABN 260090)
J.P. Sheridan Law
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 347-2700
Email: joanna@jpsheridanlaw.com

Attorney for Defendant
MICHAEL SIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL SIMON<br><br>    Defendant. | No. 4:25-mj-71142-MAG-1<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND STATUS APPEARNCE<br><br>Current date/time: April 28, 2026, at 10:30 am<br>Requested date/time: May 6, 2026, at 10:30 am |

The above captioned case is currently scheduled for Arraignment on Information on April 28, 2026. The parties jointly request a continuance of the arraignment to May 6, 2026 on the following grounds: the government has provided discovery that the defense continues to review with Mr. Simon. The requested continuance will allow the parties additional time to meet and confer regarding an anticipated resolution.

For these reasons, the government and defense counsel agree that time be excluded under the Speedy Trial Act and under Federal Rule of Criminal Procedure 5.1, so that defense counsel can continue to effectively represent her client by reviewing the discovery with him. The parties further agree that good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time-period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

STIPULATION AND ORDER TO CONTINUE STATUS HEARING
UNITED STATES v. SIMON, 25-MJ-71142-MAG-1

1

For these reasons, the parties jointly agree and stipulate that the arraignment and status appearance currently set for April 28, 2026, should be continued to May 6, 2026, or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

DATED: April 27, 2026

_____/s/_____
JOANNA SHERIDAN
Attorney for Defendant
MICHAEL SIMON

DATED: April 27, 2026

_____/s/_____
IVANA DJAK
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE STATUS HEARING
UNITED STATES v. SIMON, 25-MJ-71142-MAG-1

2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS good cause to continue the arraignment currently set on April 28, 2026.

It is hereby ORDERED that the arraignment currently set on April 28, 2026 at 10:30 am be continued to May 6, 2026 at 10:30 am.

Based on the stipulation of the parties and the exclusions set forth above, it is hereby ORDERED that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: April 27, 2026

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge